UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | ) | 18-06987 |
|---|---|---|
| | ) | |
| SHANE L. MICHAEL, | ) | Chapter 13 |
| and | ) | |
| SHANNON J. MICHAEL, | ) | Hon. Judge HUNT |
| Debtor(s). | ) | |

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on **September 4, 2020, at 10:30 a.m.**, I will appear before the **Honorable JUDGE HUNT**, or any judge sitting in that judge's place, and present **Debtor's Motion to Modify Plan**, a copy of which is attached.

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.**

By: Michael R. Colter, II
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
mcolter@davidmsiegel.com

CERTIFICATE OF SERVICE

I, Michael R. Colter, II, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on August 14, 2020, before 5:30 p.m.

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: mylander_j@lisle13.com

*To the following persons or entities who have been served via U.S. Mail:*

Shane and Shannon Michael
25261 W. McMillin Drive
Channahon, IL 60410

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Discover Bank
PO Box 3025
New Albany, OH 43054-3025

Numark Credit Union
Po Box 2729
Joliet, IL 60434

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
St. Louis MO 63166-0108

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-06987 |
| | ) | |
| SHANE L. MICHAEL, | ) | Chapter 13 |
| and | ) | |
| SHANNON J. MICHAEL, | ) | Hon. Judge HUNT |
| Debtor(s). | ) | |

## MOTION TO MODIFY PLAN

NOW COME the Debtors, **Shane and Shannon Michael**, by and through their attorneys, **David M. Siegel & Associates, LLC**, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2) On March 12, 2018, Debtors filed a voluntary petition for relief under Chapter 13 of Title 11 USC and Glenn Stearns was appointed Trustee in his case.

3) Debtor's Plan was confirmed on June 1, 2018. The confirmed plan requires monthly payments of $2,150.00, with general unsecured creditors receiving no less than 100% of their allowed claims.

4) Debtors have paid $48,600.00 into their Plan as of July 24, 2020.

5) The Trustee brought a motion to dismiss on July 6, 2020, for plan payment default.

6) Mr. Michael works in automobile sales and people stopped coming into dealerships beginning in April 2020, to purchase vehicles.

7) Debtors now have enough income resume making payments, but are unable to cure the current default caused by the COVID-19 pandemic.

8)  Debtors seek to modify their Plan under § 1329 and defer the default caused by Mr. Michael's loss of income due to the COVID-19 pandemic.

9)  Debtors seek to modify their Plan under § 1329 and extend the plan up to 84 months allowed by the CARES Act.

WHEREFORE, the Debtor, **Shane and Shannon Michael**, prays that this Honorable Court enter an Order Modifying Debtor's Chapter 13 Plan and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor