UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:	)	BK No.: 18-06987
SHANE L. MICHAEL,	)
 and	)	Chapter: 13
SHANNON J. MICHAEL,	)	Honorable LaShonda Hunt
	)
	)	Joliet
	)
        Debtor(s)	)

## ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER coming to be heard on the motion of the Debtors, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtors' Motion to Modify the Plan under § 1329 of the bankruptcy code is granted.

2) The plan payment default is deferred to the end of the plan.

3) The plan may extend past 60 months pursuant to the CARES Act.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  September 04, 2020

**Prepared by:**

Michael R. Colter, II ARDC # 6304675
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100