IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | |
|---|---|
| In re: | ) CHAPTER: 13 |
| | ) |
| SHANE L. MICHAEL, | ) CASE NO.: 18-06987-LAH |
| SHANNON J. MICHAEL | ) |
| | ) JUDGE: LASHONDA A. HUNT |
| DEBTORS | ) |
| | ) |

## CREDITOR'S DECLARATION OF DEBTORS' REQUEST FOR TEMPORARY FORBEARANCE DUE TO THE COVID-19 EMERGENCY

Now comes Creditor Pingora Loan Servicing, LLC ("Creditor"), by and through undersigned counsel, and hereby submits this Declaration to the Court as notice that due to a recent financial hardship resulting directly or indirectly from the COVID-19 emergency, the Debtors have requested – and Creditor has provided – a temporary suspension of mortgage payments.

The Debtors recently contacted Creditor requesting a forbearance period of twelve (12) months which allows Debtors to elect to not tender mortgage payments to Creditor that would come due on the mortgage starting May 1, 2020 through April 1, 2021.   During this forbearance period, all terms and provisions of the mortgage note and security instrument, other than the payment obligations, will remain in full force and effect unless otherwise adjusted by this court or through a loan modification.

Per the request, Debtors will resume Mortgage payments beginning May 1, 2021 and will be required to cure the delinquency created by the forbearance period.   During the forbearance period and up to and including the time when that period ends, Creditor will work with the Debtors, the Debtors' Attorney (if applicable) and the bankruptcy trustee on how to address the suspended payments in the long-term, including obtaining and necessary court consent and

approval. This Declaration does not constitute and amendment or modification to the Debtors' plan of reorganization, and does not relieve the Debtors of the responsibility to amend or modify the plan or reorganization to reflect the forbearance agreement, if required.

If Debtors fail to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period. Creditor may continue to file notices in compliance with Fed. Rule Bankr. P. 3002.1.

Respectfully submitted,

By: */s/Toni Townsend*
Toni Townsend
ARDC #6289370
*Counsel for Creditor*
McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602

| | |
|---|---|
| In Re:<br>Shane L. Michael,<br>Shannon J. Michael | Bankruptcy Case No.:   18-06987-LAH<br>Chapter:   13<br>Judge:   LaShonda A. Hunt |

CERTIFICATE OF SERVICE

I, Toni   Townsend, of McCalla Raymer Leibert Pierce, LLC, 1 N. Dearborn Suite 1200, Chicago, IL   60602, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF FORBEARANCE AGREEMENT DUE TO THE COVID-19 PANDEMIC filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Shane L. Michael
25261 West Mcmillin Drive
Channahon, IL 60410

Shannon J. Michael
25261 West Mcmillin Drive
Channahon, IL 60410

David M Siegel                                            *(served via ECF Notification)*
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Glenn B Stearns, Trustee                          *(served via ECF Notification)*
801 Warrenville Road
Suite 650
Lisle, IL 60532

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    11/12/2020        By:    /s/Toni   Townsend
                    (date)                          Toni   Townsend
                                                          Authorized Agent for Creditor